# Court of Appeals
# of the State of Georgia

ATLANTA, June 05, 2013

*The Court of Appeals hereby passes the following order*

## A13D0375. MARION L. TIDWELL v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al..

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

CV121721



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, June 05, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*